**WO**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sony BMG Music Entertainment, a Delaware general partnership; UMG Recordings, Inc., a Delaware corporation; and Warner Bros. Records Inc., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Jennifer Martinez Labit,<br><br>　　　　　Defendant. | Case No.: 2:06-CV-02728-PHX-JAT<br><br>ORDER |

Based upon Plaintiffs' Application For Default Judgment By The Court, good cause appearing therefore, and having no evidence that Defendant is either a minor, incompetent person, or in military service, it is ordered that:

　　　1.　Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

　　　2.　Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($ 420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Thank God I Found You," on album "Rainbow," by artist "Mariah Carey" (SR# 276-595);
- "Angel," on album "Hot Shot," by artist "Shaggy" (SR# 286-657);
- "Cure For The Itch," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "Roll Out," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);
- "Falling Away from Me," on album "Issues," by artist "Korn" (SR# 276-133);
- "If You Had My Love," on album "On The 6," by artist "Jennifer Lopez" (SR# 267-571);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED this 29th day of June, 2007.

_____
James A. Teilborg
United States District Judge